# EXHIBIT C

DOWNEY BRAND LLP

Electronically Filed
10/11/2022
Superior Court of California
County of Stanislaus
Clerk of the Court
By: Guadalupe Reynoso, Deputy

1   DOWNEY BRAND LLP
    MEGHAN M. BAKER (Bar No. 243765)
2   mbaker@downeybrand.com
    621 Capitol Mall, 18th Floor
3   Sacramento, California 95814
    Telephone:     916.444.1000
4   Facsimile:     916.444.2100

5   Attorneys for Petitioner and Cross-Respondent
    SHARON HOFMANN, individually and as trustee of
6   the Hofmann Revocable Trust, and GARY HOFMANN

7

8                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF STANISLAUS

10   In Re Estate of:                         Case No. 2200623

11   ERICH HOFMANN TESTAMENTARY     [PROPOSED] ORDER GRANTING
     TRUST,                              ORDER TO SHOW CAUSE TO
12            Deceased,             MICHAEL HOFMANN REGARDING
                                 ORDERS REQUESTED BY SHARON
13                                  AND GARY HOFMANN IN THEIR CASE
                                 MANAGEMENT STATEMENT
14

15                                  Date:        September 29, 2022
                                 Time:        8:30 a.m.
16                                  Dept.:       23
    In Re:                               Judge:      Hon. John Freeland
17
    HOFMANN REVOCABLE TRUST,
18

    MICHAEL HOFMANN,
19
           Plaintiff,
20

         v.
21

22   SHARON HOFMANN, individual and as
    Trustee of the Hofmann Revocable Trust u/i/d
23   September 14, 1994 and Restated October 24,
    2005 and Amended by amendment number 1
24   on August 21, 2013; GARY HOFMANN,
    individually and as Trustee u/i/d September
25   14, 1994 and restated October 24, 2005 and
    amended by amendment number 1 on August
26   21, 2013; JOHN P. BRICHETTO and
    JACQUELINE J. BRICHETTO, et al.,
27
           Defendants.
28

1831216

[PROPOSED] ORDER GRANTING ORDER TO SHOW CAUSE

1    The Order to Show Cause to Michael Hofmann Regarding Orders Requested By Sharon

2    and Gary Hofmann in Their Case Management Statement ("OSC") came on for a regularly noticed

3    hearing in September 29, 2022, at 8:30 a.m., in Department 23 of the above-referenced Court,

4    located at 801 10th Street, 4th Floor, Modesto, California.  Meghan Baker appeared on behalf of

5    Sharon and Gary Hofmann.  Robert Crabtree appeared on behalf of Michael Hofmann.  Eric Sousa

6    appeared on behalf of all Brichetto parties.

7    After consideration of the response submitted by Michael Hofmann to the OSC, all papers

8    and pleadings on file, the record of this matter, the arguments made by counsel at the hearing, and

9    good cause appearing, IT IS HEREBY ORDERED THAT:

10    1.    The residential property located at 13330 Valley Home Highway, including the

11          residence, related structures, barns, garages and approximately 2-acreas of curtilage

12          (collectively, "Residence"), shall be listed for sale with Ninon Lapan-Dalman,

13          Broker/Co-Owner of Weeks Real Estate;

14    2.    The Residence shall be listed for an initial sale price $750,000, subject to later

15          readjustment based on market activity;

16    3.    Michael shall make the Residence available every day between 8:00 a.m. and 7:00

17          p.m. for showings to interested buyers and to reasonably cooperate with respect to

18          these showings;

19    4.    Michael shall vacate the Residence and leave the Residence reasonably clean and

20          completely free of all personal belongings within twenty-one (21) days of the

21          acceptance of an offer on the Residence; and

22    5.    Within fourteen (14) days of the date of this Order, Michael shall provide proof of

23          payment in full to Kraemer & Co. Mfg. Inc. for the grain tanks on the Residence.

24          If Michael does not provide proof of payment in full within fourteen (14) days of

25          the date of this Order, then Michael shall remove the grain tanks from the

26          Residence within twenty-one (21) days of the acceptance of an offer on the

27          Residence.

28

DOWNEY BRAND LLP

1831216

2

[PROPOSED] ORDER GRANTING ORDER TO SHOW CAUSE

1    IT IS SO ORDERED. 10/7/2022

2    DATED: October _____, 2022

3

4                                              _J. Freeland_____
                                               JUDGE OF THE SUPERIOR COURT
5                                              Honorable John Freeland

6

7

8    APPROVED AS TO FORM:

9    DATED: September 30, 2022

10

11

12                                             _Robert W Crabtree_____
                                               ROBERT CRABTREE
13                                             Attorney for Michael Hofmann

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOWNEY BRAND LLP

1831216

3

[PROPOSED] ORDER GRANTING ORDER TO SHOW CAUSE

**PROOF OF SERVICE**

**In re Erich Hofmann Testamentary Trust**
**Stanislaus County Superior Court Case No:  2200623**

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Sacramento, State of California.  My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

On October 5, 2022, I served true copies of the following document(s) described as

**[PROPOSED] ORDER GRANTING ORDER TO SHOW CAUSE TO MICHAEL HOFMANN REGARDING ORDERS REQUESTED BY SHARON AND GARY HOFMANN IN THEIR CASE MANAGEMENT STATEMENT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address cpiazza@downeybrand.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 5, 2022, at Sacramento, California.

_____
C. Biscarra Piazza

DOWNEY BRAND LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SERVICE LIST**
**In re Erich Hofmann Testamentary Trust**
**Stanislaus County Superior Court Case No:  2200623**

Robert W. Crabtree                                    Attorney *for Michael Hofmann*
CRABTREE SCHMIDT
PO Box 3307
Modesto, CA  95353
Telephone:  (209) 522-5231
Facsimile:  (209) 526-0632
Email:  cszandj@sbcglobal.net
Email:  Rwcrab@aol.com

*FedEx Delivery Address:*
1501 F Street
Modesto, CA  95354

Eric Sousa                                            Attorney *for John P. Brichetto*
Brandy Barnes                                         *Jacqueline J. Brichetto,*
RODARAKIS & SOUSA                                     *Joseph P. Brichetto,*
100 Sycamore Avenue, Suite 101                        *John M. Brichetto*
Modesto, CA  95354                                    *Lee Ana L. Brichetto*
Telephone: 209.554.5232
Facsimile:  209.544.1085
Email:  esousa@rodsoulaw.com
Email:  bbarnes@rodsoulaw.com

*(Effective November 13, 2017)*

DOWNEY BRAND LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2